UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- x
THE ANNUITY, WELFARE AND
APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS OF
THE INTERNATIONAL UNION OF
OPERATING ENGINEERS LOCAL 15,
15A, 15C & 15D, AFL-CIO, by their
TRUSTEES JAMES T. CALLAHAN,
THOMAS A. CALLAHAN, FRANCIS P.
DIMENNA and JOHN BRUNETTI,

               Plaintiffs,

           - against -

LORI CONTRACTING, INC.,

               Defendant.
----------------------------------------------------------- x

**ORDER ADOPTING REPORT
AND RECOMMENDATION**

14 CV 2467 (RJD) (MDG)

DEARIE, District Judge

      Plaintiffs commenced this action under the Employee Retirement Income Security Act of 1974, as amended by the Multiemployer Pension Plan Amendments Act of 1980, 29 U.S.C. § 1001, *et seq.*, to compel defendant Lori Contracting, Inc. ("Lori Contracting"), to submit to an audit and pay benefit contributions. Lori Contracting failed to appear in this action, and plaintiffs moved for default judgment. This Court referred plaintiffs' motion to Magistrate Judge Marilyn D. Go for a report and recommendation. Magistrate Judge Go issued a report on March 5, 2015, recommending the entry of default judgment against Lori Contracting. A copy of that report was mailed to the defendant, and the parties were given until March 23, 2015, to object to the recommendation. No objections have been filed.

Accordingly, this Court adopts Magistrate Judge Go's well-reasoned report and recommendation without qualification. The Court directs the Clerk to enter judgment for plaintiffs as recommended in Magistrate Judge Go's report.

SO ORDERED.

Dated: Brooklyn, New York
March 24, 2015

/s/ Judge Raymond J. Dearie

RAYMOND J. DEARIE
United States District Judge